# SUPREME COURT.

ROBERT HANDLEY agt. THE MAYOR, ALDERMEN and COMMONALTY of the City of New-York.

A *common law certiorari*, is the appropriate remedy to review the proceedings of a municipal corporation in prosecuting a local improvement, or in assessing or collecting the means to complete it.

Where there exists no other reason than the alleged invalidity of such proceedings, a court of equity will not assume jurisdiction to review them.

*New - York Special Term, May,* 1858.

THE plaintiff averred in his complaint, that he was the owner of ten lots of ground on the south side of Fifty-fifth

street, west of the Eleventh avenue, and of six other lots on the southerly side thereof, also west of the Eleventh avenue; that on the 4th of January, 1850, an ordinance was passed by the defendants, directing that Fifty-fifth street, from Tenth avenue to the Hudson river, be regulated and graded under direction of the street commissioner. The complaint also averred that assessors were appointed to estimate the expense of said improvement, and to make an assessment "upon the owners and occupants of the houses and lots benefited thereby." The street was regulated and graded by the street commissioner, and an assessment was made, which was duly confirmed by the common council.

It was then alleged that each of the plaintiff's lots, were assessed at more than *one-half* of their value as estimated by the *assessors for the ward* in which the lots were situated. That such assessment was an apparent lien upon the plaintiff's property, and a cloud upon his title. That such assessment was illegal and void; but the defendants were about to sell the premises assessed, to satisfy said assessment. Plaintiff demanded an injunction restraining the defendants from selling the premises, &c., and prayed that the assessment might be cancelled.

Demurrer by defendants, for that the court had no jurisdiction of the subject of the action, and that the complaint did not state facts, &c.

J. R. FLANEGAN, *for plaintiff*.
A. R. LAWRENCE, JR., *for defendants*.

CLERKE, Justice. A court of equity will not assume jurisdiction to review the proceedings of a municipal corporation, in prosecuting a local improvement, or in assessing or collecting the means to complete it, if there exists no other reason for its interposition than the alleged invalidity of the proceedings.

The common law writ of *certiorari* is the appropriate remedy in cases of this nature; and it is no reason for granting the

remedy prayed for in this action, that the defects of which the plaintiff complains, in the defendants' proceeding, do not appear upon the record; that they can only be substantiated by extrinsic proof; and therefore, that the objection could not be raised on a certiorari. (*Mace* agt. *The Trustees of the Village of Newburgh*, 15 *How. Pr. R.* 161.

Judgment for defendants on demurrer, with costs.